# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| LARRY COMPTON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: CV514-096 |
| | * | |
| v. | * | |
| | * | |
| WARDEN GRADY PERRY; CORRETIONS | * | |
| CORPORATION OF AMERICA; DR. | * | |
| ANDREW TAM; MICHAEL GIDDENS; and | * | |
| DR. SHARON LEWIS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation dated January 28, 2015, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 6) is **ADOPTED** as the opinion of the Court.

Pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915, Plaintiff's claims against Defendant Sharon Lewis in her official capacity are hereby **DISMISSED**, without prejudice, based on principles of immunity. In addition, Plaintiff's claims against Defendant Corrections Corporation of America are **DISMISSED** for failure to state a claim. Plaintiff's claims

against Defendants Grady Perry, Andrew Tam, Michael Giddens, and Sharon Lewis individually remain pending.

**SO ORDERED**, this 18 day of May, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA