# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| LARRY COMPTON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:14-cv-96 |
| | * | |
| v. | * | |
| | * | |
| WARDEN GRADY PERRY; DR. ANDREW TAM; MICHAEL GIDDENS; and DR. SHARON LEWIS, | * * * * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 28. Plaintiff failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, the Court **GRANTS** Defendants Perry's, Tam's, and Giddens' Motion for Summary Judgment. Dkt. No. 18. The Court also **GRANTS** summary judgment in favor of Defendant Sharon Lewis. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and

AO 72A
(Rev. 8/82)

to **CLOSE** this case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 14 day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA